UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHANPREET JASHANPREET,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE ICE PROCESSING FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-2173-TLN-CSK<br><br>A# 246-259-358<br><br><br>**ORDER** |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 7.)  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to claim three.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Jashanpreet Jashanpreet (A# 246-259-358) and are **ordered to provide Petitioner with a copy of the release order and findings** (ECF Nos. 7 and 8) **at or near the time of release**.  If Respondents have custody of Petitioner's documents or belongings (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to Petitioner at the time of release.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified, or that Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future.  Petitioner shall be allowed to have his counsel present at any such hearing.

5. The Clerk of the Court is directed to serve **Mesa Verde Detention Center** with a copy of this Order.

6. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: April 14, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE